UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA § Claim No: 1998A13540
§
vs. §
§
Cynthia M. Johnson a/k/a Cynthia M. Turner

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of Macomb County, Michigan within the jurisdiction of this Court and may be served with service of process at 42270 Parkside Circle, Apt. 2, Sterling Heights, Michigan 48314.

**The Debt**

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $674.68 |
| B. Current Capitalized Interest Balance and Accrued Interest | $849.75 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |

| | |
|---|---|
| E. Attorneys fees | $0.00 |
| **Total Owed** | **$1,524.43** |

The Certificate of Indebtedness, attached as Exhibit A", shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Cynthia M. Johnson

Address: 2960 Algonquin
Detroit, MI 48215

SSN No:

Total debt due United States as of 9/22/97: $687.09

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $674.68 from 9/22/97 at the annual rate of 8.00%. Interest accrues on the principal amount of this debt at the rate of $0.15 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On 1/20/88 the debtor executed promissory note(s) to secure loan(s) from First American Savings Inc., Tucson, AZ under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. part 682). The holder demanded payment according to the terms of the note(s) and on 5/13/89 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $144.86, thereby increasing the principal balance due to $2,198.86.

After application of the last voluntary payment of $50.00 which was received on 6/30/97 the debtor now owes the following:

| | |
|---|---|
| Principal: | $674.68 |
| Interest: | $12.41 |
| Administrative/Collection Costs: | $0.00 |
| Penalties: | $0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

9-25-97 Richard Ditewig

Date

Loan Analyst
Litigation Branch

88250-06

HIGHER EDUCATION ASSISTANCE FOUNDATION
P.O. BOX 64107 • ST. PAUL, MN 55164

After lender completes application, mail HEAF copy only to this address.

LENDER COPY

GUARANTEED STUDENT LOAN (GSL) APPLICATION/ PROMISSORY NOTE

SECTION A - TO BE COMPLETED BY BORROWER (PRINT IN INK—PRESS FIRMLY—OR TYPE)

1. NAME (NO NICKNAMES): JOHNSON Cynthia M

2. SOCIAL SECURITY NUMBER

5. PERMANENT PHONE: (313) 526-0831

4. PERMANENT ADDRESS: 12511 PROMENADE

CITY: Detroit STATE: MICHIGAN ZIP: 48213

6. U.S. CITIZENSHIP STATUS (CHECK ONE): [X] U.S. CITIZEN OR NATIONAL [ ] PERMANENT RESIDENT OR OTHER ELIGIBLE ALIEN

ALIEN ID NUMBER IF APPLICABLE

7. PERMANENT RESIDENT OF WHICH STATE: MI

8a. DRIVER LICENSE NUMBER (IF YOU DO NOT HAVE A LICENSE ...) 8b. STATE IN

9. ADDRESS WHILE IN SCHOOL (STREET, CITY, STATE, ZIP): 12511 PROMENADE Detroit MICH. 48213

10. PHONE AT SCHOOL ADDRESS: (313) 526-0831

11. MAJOR (SEE INSTRUCTIONS IN APPLICATION): #5

12. LOAN AMOUNT REQUESTED: $ 2,054 .00

13. LOAN PERIOD: 2 88 10 88

PRIOR LOAN INFORMATION

14. HAVE YOU EVER DEFAULTED ON A ... LOAN ... CONSOLIDATED, OR INCOME CONTINGENT LOAN? ... (IF YES, GIVE DETAILS ON SEPARATE SHEET) [X] NO

15a. DO YOU HAVE ANY PRIOR UNPAID GSL LOANS? [ ] YES [X] NO

16. UNPAID PRINCIPAL BALANCE OF ... $

17. GRADE LEVEL OF MOST RECENT GSL (SEE INSTRUCTIONS IN APPLICATION)

18. LOAN PERIOD START DATE OF MOST RECENT ...

20a. DO YOU HAVE ANY PRIOR UNPAID ... PLUS LOANS? ... TOTAL UNPAID PRINCIPAL BALANCE OF PRIOR ... LOANS RECEIVED DURING: UNDERGRADUATE STUDY $ ... GRADUATE STUDY $

... DO YOU HAVE ANY ... PLUS LOANS ... THE PLUS LOAN PROGRAM ... TOTAL UNPAID PRINCIPAL BALANCE ... $

REFERENCES: ... THREE DIFFERENT NAMES WITH DIFFERENT U.S. ADDRESSES AND PHONE NUMBERS

| NAME | STREET | CITY, STATE, ZIP |
|---|---|---|
| EMMETT JOHNSON | 2955 ALGONQUIN | Detroit Mi. 48215 |
| Ethel Coley | 2949 Algonquin | Detroit Mi. 48215 |
| KELVIN GARDENER | 11143 GLENFIELD | DETROIT Mi. 48213 |

NOTICE TO BORROWER: ... read the additional Promissory Note terms and the Borrower's Certification on the reverse side before signing the Promissory Note. PROMISE TO PAY: I promise to pay ... the Guarantee Fee and the Origination Fee and interest of the unpaid principal balance subject to the terms and conditions described ... the reverse side of this Promissory Note ... terms and conditions ... the Disclosure Statement that will be provided to me no later than the time of the first disbursement of the loan. I have read, understand, and agree to the Borrower's Certification on the reverse side of the Promissory Note. ... I understand that this is a Promissory Note. I will not sign it before reading all of its provisions, even if otherwise advised. I am entitled to a copy of this Promissory Note. By signing this Promissory Note I acknowledge that I have received an exact copy of it.

... SIGNATURE OF BORROWER ... (APPLICATION CANNOT BE PROCESSED WITHOUT SIGNATURE): Cynthia Johnson

DATE BORROWER SIGNED: 01 20 88

SECTION B - TO BE COMPLETED BY SCHOOL

24. NAME OF SCHOOL: Pjon Business Institute

PHONE: (313) 774-1880

SCHOOL CODE: 023070

25. ADDRESS: 21165 Gratiot East Detroit Mi 48021

... 2 ... 8 10 12 88

STUDENT'S GRADE LEVEL (CHECK ONE)

ANTICIPATED GRADUATION DATE: 10 12 88

STUDENT STATUS (CHECK ONE): [ ] DEPENDENT [X] INDEPENDENT

COST OF ATTENDANCE FOR LOAN PERIOD: $ 13,205

ESTIMATED FINANCIAL AID FOR LOAN PERIOD: $ 2100

EXPECTED FAMILY CONTRIBUTION: $ 1412

DIFFERENCE (ITEM 35 LESS ITEMS 36 AND 37) OR LEGAL MAXIMUM: $ 4672

WILL THE STUDENT ATTEND A FOREIGN SCHOOL? YES [ ] NO [X]

SIGNATURE OF SCHOOL OFFICIAL: Elizabeth O'Neil

DATE: 1 26 88

PRINT NAME AND TITLE: ELIZABETH O'NEIL FINANCIAL AID COORD.

SECTION C - TO BE COMPLETED BY LENDER

44. NAME OF LENDER: First American Savings, Inc.

LENDER CODE: 830909

BRANCH CODE

LOAN DISBURSEMENTS

ADDRESS: 4380 N. Campbell Ave., Tucson, Arizona 85718 (602) 577-1122

52. IS THIS AN ... LOAN? YES NO

SIGNATURE OF LENDING OFFICIAL

PRINT NAME AND TITLE: BONNIE EICHHORN VICE PRES.

51. TOTAL LOAN AMOUNT APPROVED: $ .00

DATE SIGNED: 2 26 88

SECTION D - TO BE COMPLETED BY HEAF

HEAF USE ONLY

57. PROMISSORY NOTE ...

HEAF-001 4-87
GSL-304

DOUBLE SIDED

BEST COPY AVAILABLE AT TIME OF FILMING

H. DEFAULT

## AFFIX TO BACK OF PROMISSORY NOTE

Pay to the order of Higher Education Assistance Foundation ("HEAF") without recourse, provided, however, notwithstanding this indorsement without recourse, the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party is good [illegible] the undersigned; and
   b) the undersigned is not in default [illegible] the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and HEAF, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by HEAF.
2. Disclaims the implied warranty that it has no knowledge of any insolvency proceeding instituted with respect to the maker of this instrument and instead warrants that to the extent [illegible] knowledge of any such proceeding it has disclosed the same to HEAF, but no other implied warranties are hereby disclaimed.
3. Acknowledges that
   a) upon payment in full by HEAF of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, HEAF will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by HEAF of the undersigned's claim and acceptance by HEAF of transfer of this instrument in consideration thereof, HEAF has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.

SIGNATURE X ____ DATE ____

TITLE ____

E. PREPAYMENT

F. DEFERMENT

SCHOOL CERTIFICATION

BEST COPY AVAILABLE AT TIME OF FILMING